**Ray Thomas McCRAY, Plaintiff– Appellant,**

v.

**Patricia H. KRUEGER, Defendant– Appellee.**

No. 02–6923.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 26, 2002.

Ray Thomas McCray, Appellant Pro Se.

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ray Thomas McCray, a Virginia inmate, appeals the district court's orders dismissing his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint under 28 U.S.C.A.

§ 1915(e)(2)(B) (West Supp.2002) and denying reconsideration. We have reviewed the record and the district court's orders and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See McCray v. Krueger,* No. CA–02–433–AM (E.D. Va. Apr. 8 & May 29, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*